In the Matter of the Claim of ALLEN NADELL, Respondent, v. NORTH SHORE FLUSHING INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of the Claim of JEROME FIELD, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.